OPINION — AG — ** GAMBLING — LOTTERY — BOTTLES ** A MANUFACTURER OF SOFT DRINKS HAS BEEN PUTTING OUT BOTTLED DRINKS WITH THE NUMBER '7' AND '11' UNDER THE CAP OF ONE BOTTLE IN EACH CASE, ENTITLING THE PURCHASER WHO WAS LUCKY ENOUGH TO BUY THAT PARTICULAR BOTTLE TO RECEIVE A FREE BOTTLE. IS THIS A LOTTERY ? — AFFIRMATIVE (LOTTERY) CITE: 21 O.S. 1051 [21-1051] (SAM H. LATTIMORE)